|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | DISTRICT OF NEVADA | |
| 3 | NOE ANGE GARCIA, | Case No. 2:19-cv-00268-KJD-CWH |
| 4 | Plaintiff | ORDER |
| 5 | v. | |
| 6 | JOSEPH LOMBARDO et al., | |
| 7 | Defendants | |

## I. DISCUSSION

Plaintiff, who is an inmate in the custody of the Clark County Detention Center ("CCDC"), has submitted a civil rights complaint under 42 U.S.C. § 1983. (ECF No. 1-1). Plaintiff has neither paid the full filing fee for this matter nor filed an application to proceed *in forma pauperis*.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate. The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but will not file it until the matter of the payment of the filing fee is resolved. Plaintiff will be granted an opportunity to file an application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee for this action. If Plaintiff chooses to file an application to proceed *in forma pauperis* he must file a fully complete application to proceed *in forma pauperis*.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff must either: (1) file a fully complete application to proceed *in forma pauperis*, on

1  the correct form with complete financial attachments in compliance with 28 U.S.C. §
2  1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing
3  fee and the $50 administrative fee).
4      IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order,
5  dismissal of this action may result.
6      IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint
7  (ECF No. 1-1), but will not file it at this time.

    DATED THIS 15th day of February 2019.

    _____
    UNITED STATES MAGISTRATE JUDGE